IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.          CASE NO. 4:19CV00687 LPR | |
| AN ASSORTMENT OF FIREARMS AND AMMUNITION | DEFENDANTS |
| BARBARA CARR; ROBBIE LEE PEARSON; THOMAS E. MASON; CURTIS LOPEZ; ESTATE OF BRYAN POLSTON; BROOKE DUNIGAN; and MANILA PRO HARDWARE | CLAIMANTS |

**ORDER GRANTING MOTION TO AMEND
ORDER REGARDING SETTLEMENT**

Pending before the Court is the United States of America's motion (ECF No. 21) to amend the order regarding settlement. The Court has considered the motion and finds that it has merit. The motion is, therefore, GRANTED. The Court now orders as follows:

1. On May 29, 2020, the Court entered an order that effectuated the parties settlement. *Order*, ECF No. 20.

2. The United States advises that there were errors in the documents the United States submitted for the Court's consideration. *See Motion*, ECF No. 21.

3. To correct the errors, the United States asks that the Court revise the list of firearms to be returned to Manila Pro Hardware and Brooke Dunigan. That request is granted.

4. ATF shall return the firearms in Attachment 1 to Manila Pro Hardware. The firearms and ammunition in Attachment 2 shall be returned to Brooke Dunigan.

5. The remaining provisions of the Court's previous order shall remain in place.

IT IS SO ORDERED this 17th day of June 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE